COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Gila Nabi v. Jamshid Parsaie

Appellate case number:    01-19-00074-CV

Trial court case number:  2005-58480

Trial court:                      246th District Court of Harris County

On January 29, 2019, appellant filed a notice of appeal from the trial court's January 29, 2019 judgment.  The clerk's record and the reporter's record have not been filed in this case.  *See* TEX. R. APP. P. 35.1 (setting deadline for filing of appellate record).  On March 22, 2019, appellant filed appellant's brief.  Because appellant's brief was filed prior to the complete filing of the appellate record, the filing of appellant's brief was premature.  *See* TEX. R. APP. P. 38.6(a).

Accordingly, we STRIKE appellant's brief filed March 22, 2019.  Appellant's brief will be due 30 days after the later of the date the clerk's record or the reporter's record is filed.  *See id.*

It is so ORDERED.

Judge's signature: ____/s/ Sherry Radack_____
                    ☒  Acting individually     ☐  Acting for the Court

Date:  __April 2, 2019___